UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PALMYRA SHIPPING & CHARTERING
LIMITED,

       Plaintiff,   **ECF**

          **RULE 7.1 STATEMENT**
   -against-

UNITED INTERTRADE LIMITED,

       Defendant.
----------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, PALMYRA SHIPPING & CHARTERING LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:  New York, New York
     December 3, 2007

            CARDILLO & CORBETT
            Attorneys for Plaintiff
            PALMYRA SHIPPING & CHARTERING
            LIMITED

          By: _____
            James P. Rau (JR 7209)

            Office and P.O. Address
            29 Broadway, Suite 1710
            New York, New York 10006
            Tel: (212) 344-0464
            Fax: (212) 797-1212