UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
PALMYRA SHIPPING & CHARTERING LIMITED,

      Plaintiff,

  -against-

UNITED INTERTRADE LIMITED,

      Defendant.
----------------------------------------x

ECF
ORDER APPOINTING PERSON TO SERVE PROCESS

07 Civ. 10971 (PAC)

  Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

  Upon reading the Affidavit of James P. Rau, sworn to December 3, 2007, and good cause having been shown,

  IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
   December 4, 2007

_____
United State District Judge

CERTIFIED COPY
MICHAEL McMAHON, CLERK

BY _____
  DEPUTY CLERK