Crotty, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 08 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
PALMYRA SHIPPING & CHARTERING      :
LIMITED,                           :
                                   :
                    Plaintiff,     :
                                   :   NOTICE OF DISMISSAL
           v.                      :   PURSUANT TO FRCP
                                   :   RULE 41(a)(1)
                                   :   07 Civ. 10971 (PAC)
U. INTERTRADE LIMITED,             :
                                   :
                    Defendant.     :
----------------------------------x

      PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action. The Clerk of Court is directed to close this case.
Dated:    New York, New York
          May 7, 2008

                                      CARDILLO & CORBETT
                                      Attorneys for Plaintiff
                                      PALMYRA SHIPPING & CHARTERING
                                      LIMITED

                                    By: _____
                                      James P. Rau (JR 7209)

                                      Office and P.O. Address
                                      29 Broadway, Suite 1710
                                      New York, New York 10006
                                      Tel: (212) 344-0464

SO ORDERED MAY 08 2008

_____
U.S.D.J.